# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 30, 2018

Turner Buford, Esq.
Assistant United States Attorney
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY  11201

**Re:    United States v. Tambhia Tucker, No. 18-119 (SJ)**

Dear AUSA Buford,

Please accept this letter in lieu of a formal motion for discovery. In a letter dated November 26, 2018, you disclosed that you intend to call two experts at trial, one to discuss DNA and the other to discuss ballistics evidence, and submitted copies of their resumes. I am now writing to request additional discoverable material related to the anticipated testimony of both experts.

I am also renewing my request for full-size, color copies of the photographs taken at the scene of the investigation.

## I.    DNA testing

With respect to the DNA testing that was done in this case, I am writing to request further information, including the electronic or raw data that was used. This information is necessary in order for any review of the DNA conclusions by a defense expert. The OCME appears to have used a software program called STRmix to do the DNA comparisons in this case. Copies of the computer files are necessary for a defense expert to review and interpret the DNA in this case.

Below is a detailed explanation of my request:

1

a.   All electronic or raw DNA data:

The electronic data created relating to this case includes, but is not limited to, the *.hid, *.fsa, *.txt, *.csv, *.ini, *.pdf, *.prj and *.ser files which includes the evidence and exemplar files, the size standard files, the negative and positive control files and the allelic ladder files.  This includes all computer data files that were created when the evidence and exemplar DNA profiles were created and all files used to compare the DNA profiles from this case including raw electronic data.

In the event that some or all of the electronic files were not saved, were erased, have otherwise been lost, or are no longer in your possession please provide an explanation in writing what happened to them. In the event that any images were erased or otherwise lost, please provide the date that they were erased or otherwise lost.

b.   STRMix source code for the version of STRMix used in this case:

STRMix is a computer software program designed to run complex mathematical equations on this data to try to predict the probability of the occurrence of certain genotypes given the data. It uses a complex algorithm to model possible contributors to a mixture. I am requesting access to the underlying code for review by a defense expert.

c.   Protocols:

Please provide a copy of the guidelines and protocols used in the laboratory at the time of the review of the evidence in this case.

d.   Documentation of Corrective Actions for Discrepancies and Errors:

Please provide a copy of all documentation of any errors, bugs, or correction actions found by the OCME in relation to the STRMix computer program used in this case. If the laboratory does not maintain this type of documentation, please respond stating that the laboratory does not maintain this type of documentation.

e.   Accreditation:

Please provide copies of all licenses or other certificates of accreditation in DNA analysis held by the laboratory.

f.   <u>Laboratory personnel and proficiency test results</u>:

Please provide background information about each person involved in conducting or reviewing the DNA testing performed in this case, including current resume, job description, proficiency test results, and testimony reviews.

## II.    **Ballistics Testing:**

I am also requesting further information about the ballistics testing. In the discovery provided so far, there are black and white xerox copies of "firearms photo worksheets." *See, e.g.*, Tucker 766. These black and white copies are not sufficiently clear to allow for any defense expert review. Therefore, I am requesting the below information:

a.      The full color and/or electronic file of the firearm/ballistics testing analysis done in this case

b.      All color, photographic, or electronic files of the Firearms Photo Worksheets, or other information related to the "examination and comparison of ballistics evidence"

c.      <u>Protocols</u>: The protocol(s) or quality assurance manual(s) in effect for the firearms laboratory when this testing was done.

g.      <u>Documentation of Discrepancies and Errors</u>:

Please provide documentation of the error rate of the firearms laboratory, and any errors, or correction actions found by the laboratory in relation to this case. If the laboratory does not maintain this type of documentation, please respond stating that the laboratory does not maintain this type of documentation.

d.      <u>Accreditation</u>: Please provide copies of all licenses or other certificates of accreditation in firearms analysis held by the laboratory.

e.      <u>Laboratory personnel and proficiency test results</u>: Please provide background information about each person involved in conducting or reviewing the ballistics testing performed in this case, including current resume, job description, proficiency test results, and testimony reviews.

3

Thank you for your attention to this matter.

Sincerely,

/s/

Allegra Glashausser
Assistant Federal Defender
(212) 417-8739