# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 14, 2019

SENIOR JUDGE STERLING JOHNSON, JR.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Tambhia Tucker, No. 18-cr-119

Dear Judge Johnson,

Today, under separate cover, I am filling a motion on behalf of Tambhia Tucker requesting that the court exclude expert testimony relating to ballistics testing. I had anticipated filing a motion to exclude expert testimony relating to DNA testing at the same time. However, as of today, I still have not received the underlying data relating to the DNA testing. Without that data, I have been unable to engage a defense expert to review the DNA evidence. I do not wish to delay consideration of Mr. Tucker's ballistics motion, but seek additional time to file the motion related to DNA testing.

The DNA evidence here is the crux of the government's case against Mr. Tucker. The DNA analysis, however, was not done with traditional DNA testing, but through the use of the forensic software STRMix, a fairly newly-developed software program that interprets DNA mixtures. STRMix is not the gold standard of DNA testing, but a new, complex analysis that relies on a computer program to produce match statistics.

In a letter dated November 30, 2018, I asked AUSA Turner Buford for additional discovery relating to both ballistics and DNA testing. With respect to the DNA testing, AUSA Buford requested that I also subpoena OCME, which I did on December 7, 2018. As part of my request to the government and to OCME, I

1

requested the source code of STRMix, which would allow a defense expert to analyze how the STRMix program worked.

On January 11, 2018, I received a letter from OCME, attached, explaining that the raw data, proficiency testing, and resumes were still being compiled and would be turned over at an unknown future date. The OCME letter implies that OCME does not have the source code and suggested that we ask NicheVision for "access to the source code." While the Federal Defenders intends to subpoena NicheVision, we additionally renew our request that the government provide the defense the source code for the program used to analyze the DNA evidence here.

Therefore, I am respectfully requesting that the defense's motion schedule relating to DNA testing be extended to 30 days *after* this discovery has been turned over.

Additionally, I respectfully request the Court order the government to assist in getting the defense the necessary information so that this motion can be drafted. It is the government who is seeking to rely on DNA testing and asking to have a DNA expert testify, they should be required to produce the necessary underlying data that they believe will support that expert's testimony and show that it is reliable.

Sincerely,

        /s/
Allegra Glashausser
Staff Attorney
(212) 417-8739

2



**Office of Chief
Medical Examiner**

**Holly Serrette**
Special Counsel, Forensic Laboratories
421 East 26th Street, New York, NY 10016
Tel: 212-323-1902
Email: hoserrette@ocme.nyc.gov

January 11, 2019

Patricia Paulino
Federal Defenders of New York
1 Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

RE: <u>United States v. Tambhia Tucker, No. 18-119 (SJ)</u>

Dear Ms. Paulino,

This letter is in response to the subpoena served on OCME on December 13, 2018. Below is a detailed list of responses to each different lettered section of the subpoena:

a. *All electronic or raw DNA data:*

The raw data in this case is currently being compiled and will be turned over under separate cover. The data files will be shared via electronic link that will be emailed at a later date.

b. *STRMix source code for the version of STRMix used in this case:*

STRMix is proprietary software. Federal Defenders must contact the United States vendor, NicheVision, for access to the source code.

c. *Protocols:*

Copies of Protocols can be found by following this link:

*https://www1.nyc.gov/site/ocme/services/technical-manuals.page*

d. *Documentation of Corrective actions for discrepancies and errors:*

There are no documented discrepancies or errors related to this case.

e.  *Accreditation:*

Accreditation certificates can be found by following this link:

*https://www1.nyc.gov/site/oeme/services/accreditation-certificates.page*

f.  *Laboratory personnel and proficiency test results:*

OCME will turn over background information including current resume, job description, proficiency test results and testimony reviews for all parties who participated significantly in the DNA testing and review of this case. Those records are currently being compiled and will be sent under separate cover.

Any additional relevant materials that become available at a later date that are covered by this subpoena will also be turned over. Please feel free to contact me if you have any questions. A hard copy of this response will also be mailed to the above listed address.

Sincerely,

Holly Serrette
Special Counsel, Forensic Laboratories
Office of Chief Medical Examiner
421 E. 26th Street
New York, NY 10016
Tel: (212) 323- 1902
Cell: (347) 907-5118
Fax: (646) 600- 7193
Email: hoserrette@ocme.nyc.gov