

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FTB
F. #2017R01478

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2019

<u>By Email and ECF</u>

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

> Re:    United States v. Tambhia Tucker
> <u>Criminal Docket No. 18-119 (SJ)</u>

Counsel:

Attached please find one additional laboratory report prepared by the government's ballistics expert in the above-referenced case, Detective Matthew Parlo.  The report has been Bates labeled TUCKER001233 to TUCKER001240.  Also attached are two photographs taken by Detective Parlo in connection with the report – the photographs have been Bates labeled TUCKER001241 and TUCKER001242.

\*      \*      \*

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  In order to avoid unnecessary delays, the government requests that the defendant have copies of those

statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ F. Turner Buford
F. Turner Buford
Assistant U.S. Attorney
(718) 254-6483

Attachments

cc:    Clerk of the Court (SJ) (by ECF) (without attachments)

2